No. 604. SQUIRE, SUPERINTENDENT OF BANKS, *v.* MERRIAM. February 1, 1943. Petition for writ of certiorari to the Supreme Court of California denied. *Messrs. Thomas J. Herbert,* Attorney General of Ohio, and *William C. Mathes* for petitioner. *Mr. Louis E. Hart* for respondent.

No. 418. WALLING, ADMINISTRATOR OF THE WAGE AND HOUR DIVISION, U. S. DEPARTMENT OF LABOR, *v.* GOLDBLATT BROTHERS, INC. February 1, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Solicitor General Fahy* and *Mr. Irving J. Levy* for petitioner. *Messrs. Abram N. Pritzker* and *Stanford Clinton* for respondent. *Mr. Charles B. Rugg* filed a brief on behalf of the American Retail Federation, as *amicus curiae,* urging denial of the petition.

No. 602. CARON CORPORATION *v.* R. K. O. RADIO PICTURES, INC. February 1, 1943. Petition for writ of certiorari to the Supreme Court of New York denied. *Messrs. Joseph H. Choate, Jr., William Byrd,* and *Maurice Léon* for petitioner. *Mr. Bruce Bromley* for respondent.

No. 603. OHIO EX REL. SQUIRE, SUPERINTENDENT OF BANKS, *v.* PORTER. February 1, 1943. Petition for writ of certiorari to the Supreme Court of California denied. *Messrs. Thomas J. Herbert,* Attorney General of Ohio, and *William C. Mathes* for petitioner. *Mr. Edwin A. Meserve* for respondent.